O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTAB NUTRACEUTICALS, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>LACORP, INC., a Texas corporation; FAUZIA LAEEQ, an individual; RAZA LAEEQ, an individual; SHIRAZ LAEEQ, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | CV 10-6211 RSWL (PJWx)<br><br>**ORDER Re: Defendants' Petitions For Motion of Case Ref., Be Moved To Austin, Texas For All Proceedings Or Appearances**<br>**[11, 12, 13, 14]** |

　　　Before the Court are Defendant LaCorp, Inc., Raza Laeeq, Fauzia Laeeq, and Shiraz Laeeq's Petitions for Motion for this Case to be Moved to Austin, Texas [11, 12, 13, 14]. The Court finds that Defendants' Petitions present no valid reasons for transferring this Case to Austin, Texas, as Defendants fail to show how a transfer of this Action would be for the convenience of the parties and witnesses, in the

interests of justice. <u>See</u> 28 U.S.C § 1404(a). Accordingly, Defendants' Petitions to Move this Case are **DENIED.**

DATED: March 18, 2011

**IT IS SO ORDERED.**

*RONALD S.W. LEW*

---

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge